# UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF TENNESSEE
## AT GREENEVILLE

MICHAEL HAGA                          )
                                      )
v.                                    )         NO. 2:04-CV-88
                                      )
JO ANNE BARNHART                      )
Commissioner of Social Security       )

# O R D E R

This matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge. Neither the plaintiff nor the government has filed objections to this report.

After careful consideration of the Report and Recommendation of the United States Magistrate Judge, [Doc. 18], it is hereby **ORDERED** that this Report and Recommendation is **ADOPTED** and **APPROVED**, that the plaintiff's motion for an award of attorney's fees is **GRANTED,** and counsel is awarded a fee from the past due benefits of $7,513.00. It is further **ORDERED** that counsel refund the fee previously awarded under the Equal Access to Justice Act of $1,975.00

ENTER:

                                           s/J. RONNIE GREER
                                      UNITED STATES DISTRICT JUDGE